STATE OF NEW JERSEY v. ABRAHAM THOMAS.

July 15, 1980.

Petition for certification denied.

JOSEPH BARRY v. H. CORENZWIT CO.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DOMINIC J. CICALA.

July 15, 1980.

Petition for certification denied.

MILDRED FOSTER v. HENSLEY GREENE.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM TYSON.

July 15, 1980.

Petition for certification denied.